AO91 (Rev. 12/03)  Criminal Complaint                                            AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
              **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:20-po-01723

Jose Guadalupe ZACARIAS-Bautista
IAE
Mexico 1977

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 28, 2020** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jose Guadalupe ZACARIAS-Bautista was encountered by Border Patrol Agents near Roma, Texas on January 28, 2020. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on January 28, 2020 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Silva, Mirna  Border Patrol Agent
Signature of Complainant

Silva, Mirna    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 29, 2020                                           at        McAllen, Texas
Date                                                                           City/State

J Scott Hacker          U.S. Magistrate Judge
Name of Judge           Title of Judge                                     Signature of Judge